No. 94–334. WILLIAMS ET AL. *v.* PLANNED PARENTHOOD SHASTA-DIABLO, INC. Sup. Ct. Cal. Certiorari granted, judg-

ment vacated, and case remanded for further consideration in light of *Madsen* v. *Women's Health Center, Inc.*, 512 U. S. 753 (1994). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮